**TEXTSCAPE LLC, Plaintiff–Appellant,**

v.

**ADOBE SYSTEMS, INC.,
Defendant–Appellee.**

**No. 2010–1423.**

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2010.

Edward W. Goldstein, Goldstein, Faucett & Prebeg, LLP, Houston, TX, for Plaintiff–Appellant.

Andrew T. Oliver, Townsend and Townsend and Crew LLP, Palo Alto, CA, for Defendant–Appellee.

**ON MOTION**

**ORDER**

Upon consideration of Textscape LLC's motion for a 14–day extension of time, until September 28, 2010, to file its opening brief, so that the parties may discuss settlement,